1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Hernandez-Guerrero

7
8                   UNITED STATES DISTRICT COURT
9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,         )   Case No. 08mj8640
                                     )
12         Plaintiff,                )
                                     )
13 v.                                )
                                     )   **NOTICE OF APPEARANCE**
14 JORGE HERNANDEZ-GUERRERO,         )
                                     )
15         Defendant.                )
                                     )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned.
20                                       Respectfully submitted,
21 Dated: July 16, 2008                   *s/ Bridget Kennedy*
                                          Federal Defenders of San Diego, Inc.
22                                        *bridget_kennedy@fd.org*
23
24
25
26
27
28

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Hernandez-Guerrero
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,         )   Case No. 08mj8640
                                     )
12             Plaintiff,            )
                                     )
13 v.                                )   PROOF OF SERVICE
                                     )
14 **JORGE HERNANDEZ-GUERRERO,**     )
                                     )
15             Defendant.            )
                                     )
16
17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov
21
22 Dated: July 16, 2008                        _s/ Bridget L. Kennedy_
                                               **BRIDGET L. KENNEDY**
23                                             Federal Defenders of San Diego, Inc.,
                                               225 Broadway, Suite 900
24                                             San Diego, CA 92101-5030
                                               (619) 234-8467  (tel)
25                                             (619) 687-2666  (fax)
                                               e-mail:bridget_kennedy@fd.org
26
27
28